**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7373**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID M. ROBINSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CR-95-479-WMN, CA-99-374-WMN)

---

Submitted:  December 16, 1999      Decided:  December 30, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

David M. Robinson, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David M. Robinson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Robinson, Nos. CR-95-479-WMN; CA-99-374-WMN (D. Md. Sept. 22, 1999).[*] We deny Robinson's motions to expedite the appeal, for bail pending appeal, and for judgment on the pleadings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on September 21, 1999, the district court's records show that it was entered on the docket sheet on September 22, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2